# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0505.  FRANK SAVANNAH v. SARAH SAVANNAH.

Sarah Savannah filed a contempt petition alleging that her ex-husband Frank Savannah was in contempt of a divorce decree.  The trial court entered an order requiring that Frank Savannah produce certain documents.  The next day, the trial court ordered Frank Savannah's incarceration based on his failure to produce the documents.  Frank Savannah filed this direct appeal.

"[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over divorce and alimony cases." (Punctuation omitted.) *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004). See also, Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the order on appeal appears to be ancillary to the divorce action, it is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,   10/31/2014
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*